# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERMIN VICENTE HERNANDEZ, | 1:08-cv-00315 OWW SMS HC |
| Petitioner, | ORDER DEEMING CERTIFICATE OF APPEALABILITY UNNECESSARY |
| v. | [Doc. 19] |
| NEIL H. ADLER, | |
| Respondent. | |

On August 6, 2008, Petitioner's petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2241, was denied on the merits, and judgment was entered in favor of Respondent. (Court Docs. 17, 18.)

On August 25, 2008, Petitioner filed a notice of appeal.  Because Petitioner challenged the execution of his federal sentence, his detention does not arise out of process issued by state court, and a certificate of appealability is not necessary to proceed to the United States Court of Appeals for the Ninth Circuit. <u>Forde v. U.S. Parole Comm'n</u>, 114 F.3d 878, 879 (9th Cir. 1997). The Clerk of Court is HEREBY ORDERED to serve a copy of this order on the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

1  **Dated:   August 29, 2008**              /s/ Oliver W. Wanger
                                             UNITED STATES DISTRICT JUDGE